No. 64757.—J. M. Altieri et al. v. United States, protests 59/6817, etc. (San Juan, P.R.).

Opinion by RICHARDSON, J. In accordange with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *Pan American Standard Brands, Inc., et al.* v. *United States* (43 Cust. Ct. 122, C.D. 2115), the claim of the plaintiffs was sustained.